UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Robert E. Styer, Jr.,                            Case No. 3:13-cv-02025

         Plaintiff

    v.                                                        ORDER

Ohio CVS Stores, L.L.C.,

         Defendant

        This matter is before me on the Joint Motion for Approval of Settlement Agreement filed by the parties. (Doc. 14). Plaintiff brought suit, originally in state court, under the Fair Labor Standards Act for alleged violations as a former CVS employee. The matter was properly removed to this Court based upon federal question jurisdiction under 28 U.S.C. § 1331.

        By their joint motion, the parties have represented to me that the case is settled. In an abundance of caution, the parties have requested my approval of the proposed final settlement under 29 U.S.C. § 216(b). See *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *Dillworth v. Case Farms Processing, Inc.*, No. 5:08-cv-1694, 2010 WL 776933 (N.D. Ohio Mar. 8, 2010).

        I have reviewed the proposed settlement agreement, appropriately filed under seal (Doc. 16), as well as the allegations raised in the complaint. I find the settlement resolves a bona fide dispute under the FLSA, and the settlement terms and amounts to be fair and reasonable. The settlement

both compensates Plaintiff and provides attorneys' fees to his counsel. Accordingly, I approve the settlement agreement in its entirety, including the attendant waiver and release of any and all of Mr. Styer's FLSA claims.

So ordered.

                                                  s/ Jeffrey J. Helmick
                                                  United States District Judge